### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-14-280 |
| | § | |
| | § | |
| | § | |
| BLANCA SANTOS GARCIA | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 13).   The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 29, 2014 |
| Responses are to be filed by: | October 13, 2014 |
| Pretrial conference is reset to**:** | **October 20, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 27, 2014 at 9:00 a.m.** |

SIGNED on August 13, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge